IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CYNTHIA FOLKERS,** | ) | |
| | ) | |
| Plaintiff, | ) | ORDER CLARIFYING |
| | ) | CONSOLIDATION |
| vs. | ) | |
| | ) | Case No. 4:08CV3033 |
| **JEFFERY A. GOSHMAN, and** | ) | |
| **CRST INTERNATIONAL, Inc., a** | ) | |
| **Corporation** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **ANNETTE J. BORCHARDT,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:09CV3013 |
| | ) | |
| vs. | ) | |
| | ) | |
| **JEFFERY A. GOSHMAN, and** | ) | |
| **CRST INTERNATIONAL, Inc., a** | ) | |
| **Corporation** | ) | |
| | ) | |
| Defendants. | ) | |

    Upon review of the court files, the court finds that an order should be issued clarifying the previously-entered consolidation orders in the above-captioned cases in order to incorporate CM/ECF functionality improvements and to instruct the parties regarding the future filing of documents in these cases. Accordingly,

    **IT IS ORDERED** that:

    1.   Cases Nos. 4:08cv3033 and 4:09cv3013 are hereby consolidated for discovery, trial, and all other purposes.

    2.   Case No. 4:08cv3033 is hereby designated as the "Lead Case." Case No. 4:09cv3013 is hereby designated as a "Member Case."

    3.   The court's CM/ECF System now has the capacity for "spreading" text among the consolidated cases. If properly docketed, the documents filed in the Lead Case will automatically be filed in all Member Cases. To this end, **the parties are instructed to file in the Lead Case, No. 4:08cv3033, all further documents except**

**those described in paragraph 4 and to select the option "yes" in response to the System's question whether to spread the text.**

4. The parties may **not** use the spread-text feature to file complaints, amended complaints, and answers; to pay filing fees electronically using pay.gov; or to file items related to service of process.

5. If a party believes that an item in addition to those described in paragraph 4 should not be filed in all the consolidated cases, the party must move for permission to file the item in one or more individual member cases. The motion must be filed in all the consolidated cases using the spread-text feature.

DATED this 22nd day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge