IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA FOLKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JEFFERY A. GOSHMAN, and | ) | |
| CRST INTERNATIONAL, Inc., a | ) | 4:08CV3033 |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ANNETTE J. BORCHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3013 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY A. GOHSMAN, and | ) | |
| CRST INTERNATIONAL, INC., A | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

    The parties have filed a motion to continue the deadline for filing a joint motion setting forth their proposed schedule for progression of this case to trial. (Filing No. 47). The parties' motion to continue states the defendants will soon be represented by new counsel, and a three-week continuance should be granted so the new defense counsel can participate in preparing the parties' proposed progression order. The parties' motion will be granted. Accordingly,

IT IS ORDERED:

1) The parties' joint motion to continue, (filing no. 47), is granted; and

2) On or before August 20, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of these cases to trial, including deadlines for disclosing experts and their reports and for completion of discovery, and a statement of when the case will be ready for trial.

DATED this 31st day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge