IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CYNTHIA FOLKERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | MEMORANDUM AND ORDER |
| | ) | |
| JEFFERY A. GOSHMAN, and | ) | |
| CRST INTERNATIONAL, Inc., a | ) | 4:08CV3033 |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANNETTE J. BORCHARDT, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3013 |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFERY A. GOHSMAN, and | ) | |
| CRST INTERNATIONAL, INC., A | ) | |
| Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

The new counsel has now entered an appearance on behalf of Jeffery A. Gohsman and CRST International, Inc. Accordingly,

IT IS ORDERED that on or before September 24, 2009, the parties shall jointly file a motion setting forth their proposed deadlines for continued progression of these cases to trial, including deadlines for disclosing experts and their reports and for completion of discovery, and a statement of when these cases will be ready for trial.

September 4, 2009.        BY THE COURT:

                          *Richard G. Kopf*
                          United States District Judge